# United States Bankruptcy Court
## Central District Of California

**21041 Burbank Blvd, Woodland Hills, CA 91367-6603**

## ORDER AND NOTICE OF DISMISSAL FOR
## FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Alvarao Del Cid

**BANKRUPTCY NO.** 1:09-bk-23081-GM

**CHAPTER** 7

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-1348
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 10/27/09

**Address:**
11138 Welby Way
North Hollywood, CA 91606

It appearing that the debtor(s) in the above-captioned case has failed to file all the documents required under F.R.B.P. 1007 or 3015(b) within 15 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with F.R.B.P. 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1) The case is dismissed, the automatic stay is vacated and all pending motions and adversary proceedings are moot and dismissed.

2) Any discharge entered in this case is hereby vacated in its entirety.

Dated: October 27, 2009

By the Court,
**Jon D. Ceretto**
Clerk of Court

(odsp VAN-21) Rev. 03/09

**10 / JW**

# CERTIFICATE OF NOTICE

```
District/off: 0973-1           User: jwomackC              Page 1 of 1                   Date Rcvd: Oct 27, 2009
Case: 09-23081                 Form ID: odsp               Total Noticed: 11

The following entities were noticed by first class mail on Oct 29, 2009.
db           +Alvarao Del Cid,   11138 Welby Way,   North Hollywood, CA 91606-2011
tr           +Amy L Goldman,   221 N. Figueroa Street, Suite 1200,   Los Angeles, CA 90012-2663
smg           Employment Development Dept.,   Bankruptcy Group MIC 92E,   P. O. Box 826880,
              Sacramento, CA  94280-0001
smg           Los Angeles City Clerk,   P. O. Box 53200,   Los Angeles, CA  90053-0200
smg           Ventura County Tax Collector,   Attn: Bankruptcy,   800 South Victoria Ave,
              Ventura, CA  93009-1290
ust          +United States Trustee (SV),   21051 Warner Center Lane, Suite 115,
              Woodland Hills, CA 91367-6550
24767885      INDYMAC FEDERAL BANK FSB,   X900 BEATRICE DRIVE,   KALAMAZOO MI   49009
24767884      JACOB D CHANG,   3550 W LSHIRE BOULEVARD,   SUITE 860,   LOS ANGELES CA   90010
24767886      LEGAL DEPARTMENT,   INDYMAC FEDERAL BANK FSB,   PASADENA CA  91101
24767887     +QUALITY LOAN SERVICE CORP,   2141 5T AVENUE,   SAN DIEGO CA 92101-2101

The following entities were noticed by electronic transmission on Oct 28, 2009.
tr           +EDI: QALGOLDMAN.COM Oct 27 2009 21:34:00      Amy L Goldman,   221 N. Figueroa Street, Suite 1200,
              Los Angeles, CA 90012-2663
smg           EDI: CALTAX.COM Oct 27 2009 21:34:00      Franchise Tax Board,   ATTN: Bankruptcy,
              P. O. Box 2952,   Sacramento, CA  95812-2952
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 29, 2009**              **Signature:** _Joseph Speetjens_